JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

GREGORIO PEREZ MENDEZ,
Petitioner,
v.
TODD LYONS, *et al.*,
Respondents.

Case No. 2:25-cv-07727-VBF-RAO

**JUDGMENT**

Pursuant to the Court's Order Granting In Part Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted in part and Judgment is entered in favor of Petitioner.

DATED: July 14, 2026

Valerie Baker Fairbank

HONORABLE VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE